PROB 35  (CAE)
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Docket No:  0972 2:22CR00143-001 |
| | ) |
| Albert Buggs | ) |
| | ) |

On August 9, 2016, the above-named was sentenced to Supervised Release for a period of  5 years, in reference to the offense of Count 1: 21 U.S.C. § 846– Conspiracy to Possess with Intent to Distribute and to Distribute Heroin (CLASS B FELONY); Counts 2-4: 21 U.S.C. § 841(a)(1) – Possess with Intent to Distribute and Distribution of Heroin. (CLASS C FELONIES).  Supervision commenced on February 6, 2020.  Transfer of Jurisdiction was transferred from the Northern District of California to the Eastern District of California on June 28, 2022.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  On November 2, 2023, the assigned Assistant U.S. Attorney Ross Pearson advised he has no objection to Mr. Bugg's Supervised Release being early terminated.  It is accordingly recommended that the supervised releasee be discharged from supervision.

**Respectfully submitted,**                                    **Reviewed by,**

_____                    _____
**Steven J. Sheehan**                                    **Shannon L. Morehouse**
**Sr. United States Probation Officer**          **Supervising United States Probation Officer**

**Dated:**   November 13, 2023
Sacramento, California
SJS: sjs

1

**Re:　Albert Buggs**
**Docket Number:　0972 2:22CR00143-001**
**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Albert Buggs be **DISCHARGED** from Supervised Release, and that the proceedings in the case be **TERMINATED**.

Dated: November 15, 2023　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

CC:　　AUSA—Ross Pearson
　　　　FLU Unit—United States Attorney's Office
　　　　Fiscal Clerk—Clerk's Office
　　　　Supervisee—Albert Buggs

Rev. 01/2021
PROB35__REPORT AND ORDER TERMINATING SUPERVISION PRIOR TO ORIGINAL EXPIRATION DATE (EARLY)